# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINSON HALLAK,<br><br>                Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>                Defendant. | Case No.: 3:25-cv-01674-JES-MSB<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On July 1, 2025, the Court issued an Order to Show Cause ("OSC") raising the question of whether venue over this case is proper in this district and whether Plaintiff has standing to seek relief under the Song-Beverly Act and *Cummins, Inc. v. Superior Ct.*, 36 Cal. 4th 478, 483 (2005). Plaintiff was ordered to respond no later than July 18, 2025.

On July 18, 2025, Plaintiff responded to the OSC and stated that the vehicle involved in the dispute in this case was purchased in this district. ECF No. 4. In light of Plaintiff's response, the Court finds that this district is the proper venue for this case and Plaintiff has standing to seek relief under the Song-Beverly Act. Thus, the Court **DISSOLVES** its OSC without prejudice to Defendant re-raising these issues if appropriate.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: July 23, 2025

Honorable James E. Simmons Jr.
United States District Judge